AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRIS, NATHAN, and JOHN DOE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MCKESSON, INC., DAVID CIFU, and THE UNITED STATES OF AMERICA,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-189

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 1, 2023, Plaintiff's Motion for Default Judgment is denied, and Plaintiff's remaining motions are dismissed as moot. Defendants Cifu, the United States, and Mckession's Motions to Dismiss are granted in part and dismissed in part, as moot; therefore, this civil action stands closed.

Approved by: _/s/_

August 2, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Candy Ashbell_
(By) Deputy Clerk

GAS Rev 10/2020